1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANTHONY GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>H. TATE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01181 AWI DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY DEADLINE |

Plaintiff Joe Anthony Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on July 29, 2014.

On February 12, 2015, the ordered Plaintiff to return service documents within thirty (30) days. Over thirty (30) days have passed and he has not returned service documents, or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff must file a

\\\
\\\
\\\
\\\
\\\

1

1 response to this order within thirty (30) days.  Plaintiff may also comply with this order by returning
2 completed service documents pursuant to the February 12, 2015, order.
3 **<u>Failure to respond to this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated:   **March 30, 2015**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE