Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christina Paige Hulsey

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHRISTINA PAIGE HULSEY, | Case No.: 1:14-cv-01811 SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND HEARING DATE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, respectfully request that the Court extend the hearing date set for the motion to withdraw for a period of 28 days from August 19, 2015, at 11:00 a.m. to September 16, 2015, at 11:00 a.m.

1 Although this is technically plaintiff's first request for an extension of time,
2 the Court previously has extended the deadline for the hearing regarding the
3 motion to withdraw.  This request is made on behalf of plaintiff because she is
4 unable to make the appropriate arrangements and also lacks sufficient funding for
5 transportation to the Court by August 19, 2015.  Additionally, plaintiff is unable to
6 make appropriate arrangements to have someone look after her disabled husband
7 and child while she is away.  She will not be able to do so until after August 19,
8 2015.

9 Additionally, plaintiff requests an extension to allow her more time to retain
10 new counsel.  If plaintiff is able to retain new counsel, this would obviate against
11 the need for a hearing on the motion to withdraw as new counsel would, instead,
12 file a substitution of attorney, which overall would free up the Court's valuable
13 time to attend to other matters.  On behalf of plaintiff, the parties respectfully
14 request the granting of this stipulation.

15 IT IS SO STIPULATED.

16 DATE: August 13, 2015          Respectfully submitted,

17                                LAW OFFICES OF LAWRENCE D. ROHLFING

18                                    /s/ *Young Cho*
                            BY:_____
19                                Young Cho
                                  Attorney for plaintiff
20                                CHRISTINA PAIGE HULSEY

21

22 Date:  August 13, 2015         BENJAMIN B. WAGNER
                                  United States Attorney
23

24
                            BY:   /s/ *Jennifer Lee Tarn*
25                                Jennifer Lee Tarn
                                  Special Assistant United States Attorney
26                                Attorneys for Defendant CAROLYN W. COLVIN
                                  Acting Commissioner of Social Security

**ORDER**

Approved and so ordered:

IT IS SO ORDERED.

Dated: __**August 13, 2015**__         _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE