# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| CHRISTINA PAIGE HULSEY, | ) Case No.: 1:14-cv-01811 SMS |
| | ) |
| | ) |
| Plaintiff, | ) ORDER |
| | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

On September 16, 2015, the Court heard oral argument with respect to Plaintiff counsel's "Motion to Withdraw as Counsel of Record and Motion for Extension of Time" for Plaintiff to file her opening brief. Doc. 18. For the reasons stated from the bench, the Court hereby GRANTS the motion. Plaintiff shall have until October 28, 2015 to find new counsel. Plaintiff must, thereafter, file her opening brief no later than December 9, 2015.


IT IS SO ORDERED.

Dated:  __September 16, 2015__          _____/s/ Sandra M. Snyder____
UNITED STATES MAGISTRATE JUDGE