1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   CHRISTINA PAIGE HULSEY
6

7              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
8                        FRESNO DIVISION

9  CHRISTINA PAIGE HULSEY,           )   Case No. 1:14-cv-01811 SMS
                                     )
10                                   )
                                     )
11         Plaintiff,                )   **STIPULATION AND ORDER**
                                     )   **FOR 30 DAY EXTENSION FOR**
12      v.                           )   **PLAINTIFF TO FILE OPENING BRIEF**
                                     )
13 CAROLYN W. COLVIN,                )
   Acting Commissioner of Social Security, )
14                                   )
           Defendant.                )
15 _____  )

16     IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended for 30 days

18 until January 11, 2016.  Plaintiff's counsel requires this extension in that undersigned recently

19 substituted into this matter as counsel of record and requires additional time to prepare Plaintiff's

20 opening brief.  Despite due diligence, Plaintiff's counsel is unable to prepare Plaintiff's opening

21 brief in accordance with the current scheduling order due to deadlines in unrelated matters, which

22 Plaintiff's counsel must attend to.  Plaintiff's counsel apologizes to the Court and opposing counsel

23 for any inconvenience.

24 ///

25

26 ///

27

28 ///

| | | |
|---|---|---|
| Dated: December 7, 2015 | Respectfully submitted, | |
| | /s/ *Jared T. Walker* | |
| | Jared T. Walker, | |
| | Attorney for Plaintiff | |

SO STIPULATED:

                                       BENJAMIN WAGNER
                                       United States Attorney

Dated: December 7, 2015         By:   /s/ *Jennifer Lee Tarn\**
                                           (*authorized by e-mail on 12/7/2015*)
                                           Jennifer Lee Tarn
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Based on the foregoing stipulation, it is HEREBY ORDERED that Plaintiff shall have an extension of 30 days from December 9, 2015, or until January 11, 2016, to prepare and file Plaintiff's Opening Brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

   Dated:   **December 10, 2015**               **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF