IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHRISTINA PAIGE HULSEY, | Case No. 1:14-cv-01811-SMS |
| Plaintiff, | |
| | ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

It is HEREBY ORDERED, based on Plaintiff's request and Defendant's stipulation of non-opposition, that Plaintiff will have a two week extension from January 11, 2016 to January 25, 2016 to file Plaintiff's opening brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended accordingly.  No further extensions of time will be granted to Plaintiff.

IT IS SO ORDERED.

Dated:   **January 7, 2016**         **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE