BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8825
     Facsimile: (415) 744-0134
     E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CHRISTINA PAIGE HULSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01811-SMS<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

    **IT IS STIPULATED** by and between Plaintiff Christina Paige Hulsey ("Plaintiff"), and

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their counsel of

record, that this action be remanded for further administrative action pursuant to section 205(g)

of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge

(ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the medical

opinion evidence, the severity of Plaintiff's mental impairment, and Plaintiff's residual

functional capacity, and if warranted, obtain supplemental vocational evidence.  The parties

further request that the Clerk of the Court be directed to enter a final judgment in favor of

Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date:  February 18, 2016           LAW OFFICE OF JARED WALKER, P.C.

By:   */s/ Jared Walker*_____
        JARED WALKER
        *as authorized by email on February 18, 2016*
        Attorney for Plaintiff

Date:   February 16, 2016          BENJAMIN B. WAGNER
                                    United States Attorney

By:   */s/ Jennifer Lee Tarn*_____
        JENNIFER LEE TARN
        Special Assistant United States Attorney
        Attorneys for Defendant

**ORDER**

BASED UPON THE PARTIES' STIPULATION TO VOLUNTARY REMAND PURSUANT
TO SENTENCE 4 OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT
("STIPULATION TO REMAND"), AND FOR CAUSE SHOWN, IT IS ORDERED THAT
THE ABOVE-CAPTIONED ACTION IS REMANDED TO THE  COMMISSIONER OF
SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THE TERMS
OF THE STIPULATION FOR REMAND.

IT IS SO ORDERED.

Dated:   **February 24, 2016**_____        _____**/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE